239 U.S. 655
 36 S.Ct. 167
 60 L.Ed. 488
 ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY Appellant,
v.
PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 92. ATCHISON, TOPEKA, & SANTA FE RAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 93. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 94. CHICAGO, ROCK ISLAND, & PACIFIC RAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 95. ST. LOUIS, KANSAS CITY, & COLORADO RAILROAD COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 96. KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 97. MISSOURI PACIFIC PAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 98. ST. LOUIS, IRON MOUNTAIN, & SOUTHERN RAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 99. MISSOURI, KANSAS, & TEXAS RAILWAY COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 100. CHICAGO, BURLINGTON, & QUINCY RAILROAD COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 101. CHICAGO, MILWAUKEE, & ST. PAUL RAILWAY COMPANY, Appellant, v. PURBLIC SERVICE COMMISSION OF MISSOURI et al. NO 102. CHICAGO & ALTON RAILROAD COMPANY, Appellant, v. PUBLIC SERVICE COMMISSION OF MISSOURI et al. NO 103.
 Nos. 92-103.
 Supreme Court of the United States
 November 29, 1915
 
 1
 Messrs. Frank Hagerman and Edward J. White for appellants.
 
 
 2
 Messrs. John T. Barker and William G. Busby for appellees.
 
 
 3
 Dismissed with costs, on motion of counsel for the appellant.